UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

David S.,[1]

Plaintiff,

Civil No. 19-3137 (ADM/LIB)

vs.

ORDER ADOPTING THE
REPORT AND RECOMMENDATION

Andrew Saul,
Commissioner of Social Security,

Defendant.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Summary Judgment, [Docket No. 12], is **GRANTED in part** and **DENIED in part**;

2. Defendant's Motion for Summary Judgment, [Docket No. 14], is **DENIED**; and

3. The above matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

s/Ann D. Montgomery
Ann D. Montgomery
United States District Judge

DATED: February 9, 2021

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Order. Accordingly, where the Court refers to Plaintiff by his name only his first name and last initial are provided.