UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

David S.,[1]

                Plaintiff,

vs.

Andrew Saul,
Commissioner of Social Security,

                Defendant.

Civil No. 19-3137 (ADM/LIB)

ORDER ADOPTING THE
REPORT AND RECOMMENDATION

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

**1.** Plaintiff's Motion for Attorney's Fees, [Docket No. 21], is **GRANTED**;

**2.** Plaintiff is awarded attorney's fees in the amount of $5,713.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412; and

**3.** This award is found to fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act.

DATED: May 12, 2021

                                            s/Ann D. Montgomery
                                            Ann D. Montgomery
                                            United States District Judge

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Order. Accordingly, where the Court refers to Plaintiff by his name only his first name and last initial are provided.